PeaRson, O. J.
 

 There is no error in the decretal order appealed from. By the plaintiffs’ own showing, “ for the purpose of saving the expense and trouble of a regular administration,” they took possession of the estate of Samuel Carter and divided it out among themselves; thus acting in direct violation of the statute, which prohibits such an irregular in-termeddling with the estate of a deceased person, and subjects the parties to a penalty. It follows that the courts cannot aid or protect them from the consequences of their own illegal acts. This is settled,
 
 Ramsay
 
 v.
 
 Woodward,
 
 3 Jones 508;
 
 Sharp
 
 v.
 
 Tanner,
 
 4 Dev. and Bat. 122. The case admits of no further discussion at this stage of the proceeding.
 

 Pbk Cubiam, Decretal order affirmed.